UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BETTINA MUNDS MAYNARD MCNALLY,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

Case No. C12-1089-RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The court has considered plaintiff's complaint, the parties' briefs, the Report and Recommendation (R&R) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record. The court, noting that no one objected to the R&R, orders as follows.

(1) The Court adopts the Report and Recommendation. Dkt. # 15.

(2) The court reverses the Commisioner's decision and remands this action to the Social Security Administration for further proceedings consistent with the R&R.

(3) The clerk shall enter judgment for plaintiff, and shall give notice of this Order to Judge Tsuchida.

DATED this 11th day of March, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1